BEFORE THE THIRD DIVISION, JULY 8, 1954

**No. 58260.**—General Shipping & Trading Co. and Guiseppe Zingale ·v. United States, protest 158146–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of Pecorino (sheep's milk) cheese similar in all material respects to that the subject of *Fontana Hollywood Corp.* v. *United States* (30 Cust. Ct. 98, C. D. 1503), the claim of the plaintiffs was sustained.